AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

ROBERT CSECH,

      Plaintiff,      JUDGMENT IN A CIVIL CASE
  V.

                    CASE NUMBER: **3:13-cv-00263-MMD-WGC**

STEPHEN D. QUINN, et al.,

      Defendants.


___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice.

  December 23, 2013                          **LANCE S. WILSON**
                                                          Clerk

                                                        /s/ D. R. Morgan
                                                          Deputy Clerk